FEBRUARY 15, 1968.

No. 1266, Misc. STONE *v.* PITCHESS, SHERIFF, ET AL. Motion for leave to file petition for writ of habeas corpus dismissed pursuant to Rule 60 of the Rules of this Court.

FEBRUARY 28, 1968.

No. 1069. AMERICAN RADIATOR & STANDARD SANITARY CORP. ET AL. *v.* PHILADELPHIA HOUSING AUTHORITY ET AL. C. A. 3d Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *William E. Willis* for petitioners. *Harold E. Kohn* for respondents Philadelphia Housing Authority et al., and *David Berger* for certain other respondents.

No. 860, Misc. DILLARD *v.* ILLINOIS. Sup. Ct. Ill. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Sam Adam* for petitioner. *William G. Clark,* Attorney General of Illinois, for respondent.

FEBRUARY 29, 1968.

No. 393, Misc. RANSOM *v.* UNITED STATES ET AL. C. A. 5th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

MARCH 4, 1968.

No. 925, Misc. FOX *v.* UNITED STATES. Motion for leave to file petition for writ of habeas corpus denied. *Solicitor General Griswold* for the United States in opposition.